ORIGINAL

# Law Offices of Jan Meyer & Associates, P.C.

Jan Meyer *◊✪Ʊ◯③

Associates:
Noah Gradofsky *◊ρ
Stacy P. Maza *◊
Richard L. Elem *◊
Elissa Breanne Wolf *◊
Jonathan L. Leitman *◊
Elizabeth Kimmel *◊®
Keron E. Hoetzel *◊
Fiza Nasim Malik *◊

Senior Of Counsel:
Steven G. Kraus, LL.M., CSRP *◊Ʊρ

Of Counsel:
Joshua Annenberg *◊
Michael J. Feigin*
Isaac Szpilzinger ◊


Law Offices of
JAN MEYER
and Associates, PC

**1029 Teaneck Road**
**Second Floor**
**Teaneck, New Jersey 07666**
www.janmeyerlaw.com

Phone: (201) 862-9500
Fax: (201) 862-9400
E-Mail: office@janmeyerlaw.com

Writer's e-mail: relem@janmeyerlaw.com
Sender's direct dial: (201) 862-9600 x 210

New York Office:
521 5th Avenue
17th Floor
New York, NY 10175
(212) 719-9770
*Please correspond with our Teaneck office*

Admitted to Practice:
New Jersey *
New York ◊
Pennsylvania ρ
District of Columbia ✪
U.S. Supreme Court Ʊ
U.S. Court of Federal Claims ◯
U.S. Court of Appeals for the Armed Forces ◯
U.S. Court of Appeals for the Federal Circuit ◯
U.S. Court of Appeals for the Third Circuit ③
U.S. Patent and Trademark Office ®

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/23

December 11, 2023

The Honorable Louis L. Stanton
United States District Judge
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312
*VIA ECF*

RE: GEICO General Ins. Co. a/s/o Walker v. U.S.
Docket No. 1:23-cv-5086-LLS
My File No. 0369665710101013

Dear Judge Stanton:

As Your Honor is aware, this office represents GEICO General Insurance Company, Plaintiff in the above-referenced action.

In supplement to my previous letter (ECF Doc. 18), I respectfully request an adjournment of the Initial Conference presently scheduled for Friday, December 15, 2023, at 12:30 p.m., to Monday, January 22, 2024, at 12:30 p.m., for the reasons set forth in my prior letter. The application is the first request for adjournment of the conference. My adversary consents to the request, and has confirmed her availability for that date. In the event that the Court grants my adjournment request, the parties will submit a new Scheduling Order with adjusted dates at least one week before the conference, in accordance with Your Honor's Order (ECF Doc. 16).

So Ordered
Louis L. Stanton
12/12/23

I thank the Court for its consideration of this request.

Respectfully,

Richard L. Elem

Cc: Susan Branagan, Assistant U.S. Attorney (via ECF)